UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ERIC FLOYD,                         :
        Petitioner,                 :
                                    :         PRISONER
     v.                             :   Case No. 3:01cv1221(CFD)(WIG)
                                    :
BRIAN MURPHY,                       :
        Respondent.                 :
```

**ORDER**

On March 3, 2003, the court stayed this action to permit petitioner to file a habeas petition in state court raising a claim that he was denied exculpatory evidence. The court directed petitioner to timely exhaust his remedies in state court and file an affidavit in this court within thirty days from the issuance of a decision by the Connecticut Supreme Court on the appeal of any adverse decision on the state habeas petition or the denial of certification to appeal by the Connecticut Supreme Court. Floyd was cautioned that, if he failed to comply with these requirements, the court would terminate the stay and issue a decision on the federal habeas petition currently on file.

To date, petitioner has not filed any affidavit. A review of the state court docket sheet, however, reveals that the Connecticut Appellate Court denied petitioner's appeal on

February 28, 2006.[1]  Although section 84-4 of the Connecticut Practice Book provides that a petition for certification to the Connecticut Supreme Court must be filed within twenty days from the date of the decision of the Connecticut Appellate Court, there is no indication on the state docket that Floyd filed a petition for certification to the Connecticut Supreme Court.  Thus, it appears that petitioner has not complied with this court's direction that he timely exhaust his state court remedies.

Petitioner is directed to show cause why the court should not terminate the stay and issue a decision on the January 27, 2001 petition.  Petitioner shall file his response to this order on or before **May 15, 2006.**  If no response is received by that date, the court will terminate the stay and rule on the petition in its current form.

**SO ORDERED** this  28th   day of April, 2006, at Bridgeport, Connecticut.

/s/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge

---

[1] The state docket sheet for Floyd v. Warden, No. HHD-CV-00-0803561-S, may be viewed at www.jud.ct.gov/civil_inquiry.