UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ERIC FLOYD,                          :
        Petitioner,                  :
                                     :         PRISONER
     v.                              :   Case No. 3:01cv1221(CFD)(WIG)
                                     :
BRIAN MURPHY,                        :
        Respondent.                  :
```

**ORDER**

    On March 3, 2003, the court stayed this action to permit petitioner to file a habeas petition in state court raising a claim that he was denied exculpatory evidence and thereafter amend his federal habeas petition.  The court directed petitioner to timely exhaust his remedies in state court and file an affidavit in this court within thirty days from the issuance of a decision by the Connecticut Supreme Court on the appeal of any adverse decision on the state habeas petition or the denial of certification to appeal by the Connecticut Supreme Court. Petitioner was cautioned that, if he failed to comply with these requirements, the court would terminate the stay and issue a decision on the federal habeas petition currently on file.

    On May 1, 2006, the court observed that the Connecticut Appellate Court denied petitioner's appeal on February 28, 2006, but there was no indication on the state court docket that

petitioner filed a petition for certification.  The court ordered petitioner to show cause, on or before May 15, 2006, why the stay should not be terminated.  Petitioner did not respond to the order.

Accordingly, the stay, entered on March 5, 2003, is hereby **TERMINATED**.  Respondent is directed to file his memorandum showing cause why the petition should not be granted. the January 27, 2001 petition.  Respondent shall file his memorandum on or before **June 23, 2006.**

**SO ORDERED** this  23rd  day of May, 2006, at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge