United States District
Court

Eric Floyd

v

Brian Murphy

Case No: 3:01 CV 1221
(CFD) (WIG)
June 12, 2006

## Motion To Reinstate STAY

The petitioner prays that this court reinstate's his motion of stay on his January 27TH, 2001 petition which was terminated on incorret Facts.

The petitioner states the Following reasons:

(1) The information this court has relied on is incorrect, The petitioner Habeas Appeal has not yet been heard as this court states and the petitioner submits the Following information to support his argument

(A) A letter From the petitioner's attorney discussing his Habeas appeal

(B) A certificate of service to
File a reply brief


     For the Foregoing reasons
the petitioner prays that this court
will grant this motion to insure
that justice has been served

        Granted / Denied



                    Respectfully Submitted

                    _Eric Floyd_
                    Eric Floyd



              ERIC FLOYD 155356
              1153 EAST ST SOUTH 6-16-06
              SUFFIELD Conn     mcl
                      06080

<u>Certification</u>

I hereby certify that a copy
of the foregoing motion was mailed
to Joann Sulik Assistant States Attorney
300 Corporate place Rocky Hill, CT
06067 on this 12th day of June 2006

Respectfully Submitted

Eric Floyd
Eric Floyd

# Law Offices of Diane Polan, LLC

129 Church Street, Suite 802, New Haven, Connecticut 06510
Telephone: 203.865.5000    Facsimile: 203.865.2177    www.polanlaw.net

Deborah S. Vincent, Legal Assistant                                    Attorney Diane Polan
deborah.vincent@snet.net                                              diane.polan@snet.net

April 10, 2006

**CONFIDENTIAL**
**ATTORNEY-CLIENT CORRESPONDENCE**
Mr. Eric Floyd
Inmate #155356
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Eric,

I am enclosing a copy of the Brief filed by the State of Connecticut in your *habeas* appeal.

As you can see from the enclosed, I am requesting an additional two weeks to file our Reply Brief. (I was out sick a good part of last week so I was not able to look at it until the end of the week.)

Please call me or write me with your comments as soon as you have had an opportunity to read the State's Brief.

Sincerely,

DIANE POLAN

DP/dsv
enclosure

APPELLATE  COURT

STATE OF CONNECTICUT

A.C. 26567                                     :

ERIC FLOYD                                     :

VS.                                            :

WARDEN                                         :        MAY 2, 2006

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the Petitioner-Appellant's Reply Brief was mailed, postage prepaid, this 5ᵗʰ day of May, 2006, to the following counsel and parties of record:

Frederick W. Fawcett, Esquire
Fairfield Post Conviction Unit
1041 Main Street
Bridgeport, CT 06604

Hon. Robert A. Rittenband
Hartford Superior Court
90 Washington Street
Hartford, CT 06106

Mr. Eric Floyd
Inmate #155356
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06078

                                                      DIANE POLAN

1