UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ERIC FLOYD,                           :
        Petitioner,                   :
                                      :            PRISONER
     v.                               :   Case No. 3:01cv1221(CFD)(WIG)
                                      :
BRIAN MURPHY,                         :
        Respondent.                   :
```

**RULING AND ORDER**

On May 1, 2006, the court noted that the docket sheet for petitioner's state habeas action available on the Connecticut Superior Court website indicated that the appeal had concluded and ordered petitioner to show cause why the stay in this case should not be lifted. Petitioner's response was to be filed on or before May 15, 2006. When petitioner did not response, the court lifted the stay and ordered respondent to file his response to the petition in its current form. (See Docs. ##26, 27.)

On June 16, 2006, petitioner filed a motion asking the court to reinstate the stay. He stated that the appeal of his state habeas action remained pending before the Connecticut Appellate Court. Respondent did not respond to the motion. The court has ascertained that the appeal of petitioner's state habeas action is scheduled to be argues this fall.

Accordingly, petitioner's motion to reinstate the stay [**doc. #28**] is **GRANTED**. Petitioner again is directed to inform the court when the state habeas appeals are concluded. The petitioner shall file an amended habeas petition containing all claims he wishes to address in this action, within **thirty (30)** days from the issuance of a decision by the Connecticut Supreme Court on the appeal of any adverse decision on the state habeas petition or the denial of certification to appeal by the Connecticut Supreme Court.

**SO ORDERED** this ___11th___ day of July, 2006, at Hartford, Connecticut.

                                                       /s/ CFD
                                                   Christopher F. Droney
                                                   United States District Judge