United States District Court
District of Connecticut

Eric Floyd        Case No: 3:01CV1221(CFD)(WIG)
vs
Brian Murphy      Feb 25, 2007

## Motion To Lift Stay

The petitioner was directed to inform the court when his state Habeas appeals are concluded in which time the petitioner shall file an amended Habeas petition containing all claims he wishes to address in this action. The petitioner's state Habeas appeal where concluded on Feb 13, 2007 the petitioner has amended his habeas petition and request that the court lift his Motion of Stay

respectfully Submitted
*Eric Floyd*
ERIC FLOYD

## Certification

I hereby certify that a copy of this document was mailed to Joanne Sulik, Assistant States Attorney, Office of the Chief States Attorney, 300 Corporate Place, Rocky Hill, Conn 06067, on this date Feb 25 2007

*Eric Floyd*
Eric Floyd
1153 East ST South
Suffield Conn
06080