UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC FLOYD,<br>    Petitioner, | :<br>:<br>: PRISONER CASE NO. |
| v. | : 3:01-cv-1221(CFD)(WIG)<br>: |
| BRIAN MURPHY,<br>    Respondent. | :<br>: |

### RULING AND ORDER

Petitioner informs the court that he has concluded his state habeas proceedings and moves to lift the stay in this case. Petitioner's motion [Dkt. #30] is **GRANTED** and the stay is hereby **LIFTED**.

The respondent is directed to show cause on or before **April 20, 2007**, why the relief requested in the amended petition [Dkt. #31] should not be granted.

**SO ORDERED** this 19th day of March, 2007, at Hartford, Connecticut.

/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge