United States District Court
District Of Connecticut

Eric Floyd                    DN 3.01CV1221(JBD)(WIG)

vs

Brian Murphy          May 30th 2007

FILED
2007 JUN -1 P 5:02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## Motion To Grant Petition
## By Reason Of Default

The petitioner respectfully request
that this court grant his Habeas
petition For reason of default
The respondent was ordered to
show cause on or before April,
30th 2007, Why the relief requested
in the amended petition should
not be granted. The respondent
has failed to comply, So the
petioner request that his Habeas
be granted

## Foregoing

For the foregoing reasons the petitioner
prays that this court will grant this
motion and direct the state to
retry the petitioner.

After hearing on this herein
motion it is herby

Granted / Denied

Respectfully
Eric Floyd
ERIC Floyd

## Certification

I herby certify that a copy of the foregoing motion was mailed to Joanne Sulik, assistant States attorney 300 corporate place, Rocky Hill, CT. 06067, on this 30TH day of May 2007

*Eric Floyd*

Eric Floyd 155356
1153 East St South
Suffield Conn
06080