UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC FLOYD, | : | PRISONER |
| *Petitioner* | : | CASE NO. 3:01CV1221 (CFD) (WIG) |
| | : | |
| V. | : | |
| | : | |
| WARDEN BRIAN MURPHY, | : | JUNE 5, 2007 |
| *Respondent* | : | |

### MOTION FOR ENLARGEMENT OF TIME
### NUNC PRO TUNC
### WITHIN WHICH TO FILE RESPONDENT'S
### RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to Rule 7(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **July 1, 2007** to file its response to this Court's order. The respondent's response was due on April 20, 2007. This is the respondent's first motion for extension of time within which to respond to the Court's Order to Show Cause. The undersigned counsel has begun drafting the respondent's response and that response is approximately 50% completed. The petitioner is incarcerated and is appearing *pro se* in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.  The undersigned counsel has been assigned to prepare the respondent's response.

2.  On May 18, 2007, I filed the respondent's response to an order to show cause in the habeas matter *of Patrick A. Triumph v. State of Connecticut*, Case No.

3:07CV579 (PCD), United States District Court, District of Connecticut.  On April 24, 2007, I appeared for argument before the United States Court of Appeals for the Second Circuit in the matter of *David L. Joyce v. Theresa C. Lantz*, Case No. 06-2812.  The following day, April 25, 2007, I appeared before the Honorable Stefan Underhill for argument in the matter of *Adam Duperry v. Thomas A. Kirk, Jr.,* Case No. 3:06CV951(SRU), United States District Court, District of Connecticut.  In June 2007, I must file the respondent's response to the court's order to show cause in the matter of *Angel Luis Ortiz v. Warden Martin,* Case No. 3:06CV895(CFD), United States District Court, District of Connecticut.  On June 8, 2007, I must file a supplemental memorandum of law in the federal habeas matter of in the matter of *Adam Duperry v. Thomas A. Kirk, Jr.,* Case No. 3:06CV951(SRU), United States District Court, District of Connecticut.

      3.      On May 8, 2007, I filed a 23-page pretrial brief in the state habeas corpus matter of *Marshall Brown v. Warden, Prison,* Docket No. CV04-4540, Superior Court in the judicial district of Tolland.  I also represented the respondent at trial in that matter on May 8 and 30, 2007.  On June 20 and 21, 2007, I am scheduled to represent the respondent at the habeas trial in the matter of *Anthony Rice v. Warden John Tarascio,* Docket No. CV97-0400367, Superior Court in the judicial district of New Haven.  On June 22, 2007, I am scheduled to represent the respondent at the habeas trial in the matter of *William Billington v. Warden-Cheshire,* Docket No. CV01-0449182, Superior Court in the judicial district of New Haven.

4. On June 28, 2007, I am scheduled to present a four-hour, Division-wide training on state habeas corpus practice. I estimate that I will need more than forty hours to prepare this presentation.

5. Due to these and other considerations, the respondent hereby moves this court for an enlargement of time to **July 1, 2007**, to file its response in the above-captioned matter.

>  Respectfully Submitted,
> 
>  RESPONDENT–WARDEN BRIAN MURPHY
> 
>  By: _____
>  JO ANNE SULIK
>  Senior Assistant State's Attorney
>  Civil Litigation Bureau
>  Office of the Chief State's Attorney
>  300 Corporate Place
>  Rocky Hill, Connecticut 06067
>  (860) 258-5887
>  (860) 258-5968 (facsimile)
>  E-mail: JoAnne.Sulik@po.state.ct.us
>  Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Eric Floyd, Inmate No. 155356, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on June 5, 2007.

 

 

_____
JO ANNE SULIK
Senior Assistant State's Attorney