UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ERIC FLOYD,<br>   *Petitioner* | :   PRISONER<br>:   CASE NO.  3:01CV1221 (CFD) (WIG)<br>: |
| V. | :<br>: |
| BRIAN MURPHY,<br>   *Respondent* | :<br>:   AUGUST 22, 2007<br>: |

### MOTION FOR ENLARGEMENT OF TIME
### NUNC PRO TUNC
### WITHIN WHICH TO COMPLY WITH
### THE COURT'S ORDER FOR SUPPLEMENTAL BRIEFING

Pursuant to Rule 7(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **August 23, 2007** to file its answer.  The respondent's response to the Court's order to show cause was due on July 1, 2007.  The respondent's memorandum of law accompanies this motion.  This is the respondent's second motion for extension of time within which to respond to the Court's Order to Show Cause [Doc. # 32] dated March 19, 2007.  The petitioner is incarcerated and is appearing *pro se* in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.    The undersigned counsel has been assigned to prepare the respondent's response to the Court's order to show cause.  I had anticipated that I would be able to meet my other obligations and complete that response by July 1, 2007.  Unfortunately, the drafting of the memorandum of law was more time-consuming than anticipated.  The

petitioner raises six (6) claims of error, all of which must be briefed on their merits. Thus, it was not completed until today.

2. On or about June 26, 2007, I filed a sixty-nine-page response to an order to show cause in the habeas corpus matter of *Angel Luis Ortiz v. Warden Martin*, Case No. 3:06CV895(CFD)(TPS), United States District Court, District of Connecticut.

3. Thereafter, I was required to represent the respondent at the state habeas trial in the matter of *Richard Lapointe v. Warden, State Prison*, Docket No. CV02-0818542, Superior Court in the judicial district of Tolland. Although that trial was scheduled to last for two weeks, it concluded after four days (July 16-19, 2007). At that time, I was able to begin drafting the respondent's response in the instant matter.

4. Due to these and other considerations, the respondent hereby moves this court for an enlargement of time to **August 23, 2007**, to file its response in the above-captioned matter.

Respectfully Submitted,

RESPONDENT–BRIAN MURPHY


By: _____
JO ANNE SULIK
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Eric Floyd, Inmate No. 155356, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on August 22, 2007.

 

 

JO ANNE SULIK
Senior Assistant State's Attorney