UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | PRISONER |
| ERIC FLOYD, | : | CASE NO.   3:01CV1221(CFD)(WIG) |
| *Petitioner* | : | |
| | : | |
| V. | : | |
| | : | |
| BRIAN MURPHY, | : | AUGUST 22, 2007 |
| *Respondent* | : | |
| | : | |

MOTION FOR PERMISSION TO FILE
AN OVERSIZED MEMORANDUM OF LAW

Pursuant to Rule 7(a)2 of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for permission to file an oversized memorandum of law in opposition to petitioner's amended petition for writ of habeas corpus [Doc. # 31] in the above-captioned case.  The memorandum at issue accompanies this motion.

The grounds for this motion are that, in this habeas corpus proceeding, the petitioner has raised six claims of error–several of which raise multiple subordinate issues.  Moreover, not all of these claims have been "exhausted" in the state courts.  Nevertheless, all of the issues have been addressed on their merits.  The additional pages are required in order to fully brief these claims.  Indeed, the Connecticut Supreme Court's decision on the petitioner's direct appeal--which is under attack in this proceeding--is very lengthy.  As a result, the respondent requires sixty-six (66) pages to address the merits of these claims in its memorandum of law.

For these reasons, the respondent hereby moves this court for permission to file an oversized memorandum in the above-captioned matter.

Respectfully submitted,

RESPONDENT–BRIAN MURPHY

By: _____

JO ANNE SULIK
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Eric Floyd, Inmate No. 155356, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on August 22, 2007.

_____
JO ANNE SULIK
Senior Assistant State's Attorney