UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ERIC FLOYD
                                                  PRISONER

v.                                     CASE NO. 3:01cv1221 (CFD)

BRIAN MURPHY

J U D G M E N T

This cause came on for consideration on a petition for a Writ of Habeas Corpus before the Honorable Christopher F. Droney, United States District Judge.

The Court has considered the petition and all the related papers. On March 3, 2008, the Court filed its Ruling on Amended Petition for Writ of Habeas Corpus and Evidentiary Hearing denying the petition and determining that a certificate of appealability will not issue.

Therefore, it is **ORDERED** and **ADJUDGED** that the judgment is entered in favor or respondent and the case is closed.

Dated at Bridgeport, Connecticut this 4th of March, 2008.

                                                                           ROBERTA D. TABORA, Clerk

                                                                           By /s/ Donna P. Thomas
                                                                                Donna P. Thomas
                                                                                Deputy Clerk

Entered on the Docket _____